Christopher J. Banta against Thomas B. Merchant.

PER CURIAM, Judgment and order affirmed, with costs.

PARKER, P. J., dissents.

BARMASTER et al., Respondents, v. CORNING, Appellant. (Supreme Court, Appellate Division. Fourth Department. May 24, 1904.) Action by Joseph Barmaster and another against Anna Corning.

PER CURIAM. Judgment and order affirmed, with costs.

STOVER, J., not voting.

BEEBE, Appellant, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Lydia M. Beebe against the city of Syracuse.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent.

BEEMER, Respondent, v. UNITED GOLD & PLATINUM MINES CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by Horace J. Beemer against the United Gold & Platinum Mines Company, impleaded, etc. W. W. Cooper, for appellant. C. J. Hardy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BEERS, Respondent, v. FISS, DOERR & CARROLL, Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by Herman M. Beers against Fiss, Doerr & Carroll and William H. F. Doerr. W. W. Cooper, for appellants. H. Wellman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BEERS, Respondent, v. JOHN HANCOCK MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Sarah L. Beers against the John Hancock Mutual Life Insurance Company. No opinion. Judgment and order affirmed, with costs.

BENNETT, Appellant, v. ROCHESTER PRINTING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by William Bennett against the Rochester Printing Company. No opinion. Order affirmed, with $10 costs and disbursements.

BESANT v. GLENS FALLS INS. CO. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by Joseph B. Besant against the Glens Falls Insurance Company. No opinion. Motion denied.

BEYER, Appellant, v. CITY OF NORTH TONAWANDA, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by Charlotte Beyer against the city of North Tonawanda.

PER CURIAM. Judgment and order affirmed, with costs. Held, that the notice required to be served by the plaintiff within 10 days after the happening of the alleged accident did not particularly and accurately state the location of the defect complained of, as required by defendant's charter.

WILLIAMS and STOVER, JJ., dissent.

BIDWELL et al., Respondents, v. FAHY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Mary I. Bidwell and another against Patrick Fahy. No opinion. Judgment affirmed, with costs.

BIRDSINGER, Appellant, v. McCORMICK HARVESTING MACH. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 25, 1904.) Action by Daniel Birdsinger against the McCormick Harvesting Machine Company.

PER CURIAM. Judgment affirmed, with costs.

SMITH, J., not sitting.

BIVINS, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by Sophia H. Bivins, as administratrix, etc., of Joseph O. Bivins, deceased, against the Erie Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

BLAIR, Respondent, v. HILDRET, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Lee S. Blair against Anton Hildret. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

BLANCHARD v. ARCHER et al. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Minnie A. Blanchard against Gordon B. Archer, impleaded with another, and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.

BLANCHARD v. ARCHER et al. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Minnie A. Blanchard against Gordon B. Archer and others.

PER CURIAM. This motion for restitution and other relief should be denied. Our order of reversal leaves the parties at liberty to go back to Special Term, and there procure judgment to be entered in accordance with the opinion of this court, by which judgment restitution would doubtless be directed.

BLANCHARD v. MARTIN et al. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by Minnie A. Blanchard against Jennie A. Martin and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.